UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ X

UNITED STATES OF AMERICA

Case # 1:17-cr-00664-RJD-RER-2

**NOTICE OF MOTION TO**
**TERMINATE SUPERVISED**
**RELEASE**

v.

GEORGE PADULA III

_____ X

PLEASE TAKE NOTICE, that pursuant to 18 U.S.C. § 3583 (e)(1) and §3553(a), Federal

Procedure Rule 32.1 (c), Local Criminal Rule 34.1, and upon the affirmation of Paul D. Petrus

Jr., attorney for the Releasee, and upon the judgment of conviction, any exhibits attached hereto,

and all prior papers and proceedings herein, the Releasee moves this court for the following

relief:

    1. Termination of his Supervised Release; and

    2. Such other relief as is just and proper.

Dated: September 20, 2023
      New York, NY

Yours,

Paul D. Petrus Jr. & Associates, P.C.
Law Firm for George Padula III
The Graybar Building
420 Lexington Avenue, Suite 2450
New York, NY 10170
212.564.2440 (Office)
Paul@petruslaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X
UNITED STATES OF AMERICA

                                    Case # 1:17-cr-00664-RJD-RER-2

                                    **DECLARATION IN SUPPORT
OF MOTION TO TERMINATE
SUPERVISED RELEASE**

        v.

GEORGE PADULA III
———————————————————X

STATE OF NEW YORK)

        SS.:

COUNTY OF NEW YORK)

      I, Paul D. Petrus Jr., an attorney duly authorized to practice law before the Courts of the

State of New York, hereby declare under the penalties of perjury:

1.     I am an attorney licensed in the State of New York.  I represent the Releasee, George

        Padula ("the Releasee"), in the above-captioned matter.

2.     I submit this Affirmation in support of the Releasee's Motion to Terminate his

        Supervised Release.  The sources of information and grounds for belief are conversations

        between the Releasee and I, examination of the papers filed in this proceeding, and my

        independent investigation.  Statements as to legal authority are upon information and

        belief based upon my research.

3.     Attached are the following exhibits:

        A. Presentence Investigation Report;

        B. Docket Sheet from Pacer;

        C. June 29, 2022 Psychiatric Evaluation of the Releasee;

D. Employment Verification from Genco Management Co Inc;

E. University of Phoenix Transcript and Dean's List Letter; and

F. University of Phoenix Nomination to the National Society of Leadership and Success.

Procedural Posture

1.  On December 15, 2017, the Releasee was arrested.

2.  On September 21, 2020, the Releasee pled Guilty to Wire Fraud Conspiracy (18 U.S.C. §1349, 18 U.S.C. §1343), Aggravated Identity Theft (18 U.S.C. §1028A(a)(1), 18 U.S.C. §1028A(b), 18 U.S.C. §1028A(c)(5), and Threatening Physical Violence in Furtherance of a Plan to Extort Co-Conspirator 1 (18 U.S.C. §1951(a) (*See* Exhibit A [*Presentence Investigation Report*]).

3.  On June 28, 2021, the Releasee was sentenced as follows: "Count One and Seven to 42 months, both sentences to run concurrently to each other. Count Two, the sentence is 24 months to run consecutively to the sentences impose on Count One and Seven." (*See* Exhibit B [*Docket Sheet from Pacer*]), and to two-years of supervised release (*See* Exhibit B). He was also ordered to pay Criminal Monetary Penalties in the amount of $559,911.26, jointly with one (1) of his co-Releasees at a rate of 10% of gross monthly income while on supervised release.

4.  On February 24, 2022, the Releasee was transferred to a halfway house.

5.  On August 16, 2022, the Releasee completed his time at the halfway house.

6.  To date, the Releasee has had no Release Violations.

Relevant Factual Background

1.  The charges against the Releasee were that, between June 2015 and August 2016, he and his co-defendants conspired to execute a scheme to defraud businesses, obtaining money and property from them by means of materially false and fraudulent pretenses, representations, and promises (Exhibit A, PSR, p. 4).

2.  In the summer of 2015, the three (3) Defendants jointly agreed to defraud companies seeking to purchase scrap medal (*Id.* at ¶9).

Argument

*Standard of Review*

1.  Pursuant to 18 U.S.C. 3583(e)(1), a defendant is eligible for early termination of supervised release after one year of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant and interests of justice.

2.  18 U.S.C. § 3583(e)(1) directs the Court to consider the appropriate factors in 18 U.S.C. §§3553, *inter alia*:

    (a)(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

    (a)(2) the need for the sentence imposed--

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

    (a)(3) the kinds of sentences available;

(a) (4) the kinds of sentences available and sentencing range established in for

movants with similar characteristics under the applicable Sentencing

Commission Guidelines and policy statements;

(a) (5) any pertinent policy statement of the sentencing commission in effect on

the date of sentencing; and

(a)(6) the need to avoid unwarranted disparities among defendants.

1.  In interpreting the statute our circuit has written that "…determination of early release is

a discretionary decision made by the district court" and "Early termination is not

warranted as a matter of course; on the contrary it is 'occasionally' justified due to

'changed circumstances' of a defendant, such as 'exceptionally good behavior.'" See

United States v. Sheckley, 129 F.3d 114, 1997 WL 701370, (2nd Cir.(N.Y.)) in an

unpublished decision citing United States v. Lussier, 104 F.3d 32, 35 (2d Cir. 1997).

2.  Some cases in which the 2nd Circuit's standard has bee met include, for example, *United

States v. Sam*, 2018 WL 836055 (S.D.N.Y. 2018)(granting early termination where the

defendant complied with all terms of supervised release, there was no identifiable risk to

the public or any identified party, she showed extraordinary rehabilitation, and

terminating supervised release would allow her to work more closely with those still on

supervised release and fulfill her goals); *U.S. v. Kapsis*, 2013 WL 1632808 (S.D.N.Y.)

(granting early termination of supervised release where probation transferred defendant to

low intensity supervision, and defendant's exemplary conduct on supervised release

showed that continued supervised release was unnecessary); *U.S. v. Buckler*, 2011 WL

3439526 (E.D.N.Y. 2011)(granting early termination where the defendant was compliant

with all conditions of supervised release, the supervised release conditions hindered his

ability to support his family, and there was no reason to continue restrictions on him);

*United States v. Cummings*, 2017 WL 946349 (S.D.N.Y. 2017)(granting early

termination where defendant had been on low-intensity supervision for more than one

year, complied with all conditions of release, was employed, and termination was

warranted in the interests of justice).

3.    In this case, the factors rally in favor of Early Termination.


Application

1.    Mr. Padula has not had any violations while on supervised release and paid his $300

assessment from his sentencing.

2.    On June 29, 2022, Dr. Richard B. Krueger ("Kreuger") wrote to provide results of a

psychiatric evaluation he conducted on the Releasee (*See* Exhibit C, [*June 29, 2022*

*Psychiatric Evaluation of the Releasee*])[1]. On May 1, 2021, the Releasee was diagnosed

with Major Depressive Disorder, Single Episode, Severe; Generalized Anxiety Disorder,

Severe; and Panic Disorder, Severe (*Id.*).  On both occasions, he was in prison (*Id.*).

3.    Krueger reported that, on June 13, 2022, those three (3) disorders had resolved, which he

attributed to his release from prison to the community and to living with his parents (*Id.*).

He is not in need of any mental health services now (*Id.*).

4.    Mr. Padula has been employed at Genco Management Co Inc. since March 13, 2023

working as a part time employee (*See* Exhibit D, [*Employment Verification*]).

5.    Since September 13, 2022, Mr. Padula has been enrolled at University of Phoenix where

he has maintained a GPA of 3.96 out of 4.0. For his academic achievements, Mr. Padula

---

[1] Dr. Krueger's resume is available upon request.

was placed on the Dean's List for the spring semester of 2023 (*See* Exhibit E, [*University of Phoenix Transcript and Dean's List Letter*]).

6. On August 23, 2023, Mr. Padula was nominated for membership to the National Society of Collegiate Scholars (*See* Exhibit F, [*University of Phoenix Nomination to the National Society of Leadership and Success*]).

7. Similarly to the aforementioned cases, Padula's circumstances have "changed" as he is now mentally and emotionally well, working, is a Dean's List student, and, according to the University, is deserving a nomination for membership to a national leadership program. From conviction to the Dean's List and Leadership, Mr. Padula's circumstances are "exceptional." Indeed, he is a model supervisee.

<u>Conclusion</u>

1. For the foregoing reasons, the Releasee moves this Court to terminate his supervised release pursuant to 18 U.S.C. §3583 (e)(1) and §3583(a), Federal Criminal Procedure Rule 32.1 (c), Local Criminal Rule 34.1, and such other relief as is just forthwith.

Dated: September 20, 2023
New York, NY

Yours, etc.

Paul D. Petrus Jr. & Associates, P.C.
Law Firm for George Padula III
The Graybar Building
420 Lexington Avenue, Suite 2450
New York, NY 10170
212.564.2440 (Office)
Paul@petruslaw.com

TO:     United States Probation Office, Eastern District
        27 Johnson Street
        Brooklyn, NY 11201
        Attn: PO Perez

        United States Attorney's Office, Eastern District
        271 Cadman Plaza East
        Brooklyn, NY 11201
        Attn: AUSA James McDonald

AFFIDAVIT OF SERVICE BY MAIL

I, John Hrbac, being sworn, say I am not a party to this action, am over 18 years of age

and reside in Brooklyn, New York. On September 20, 2023, I served the Notice of Motion to

Terminate Supervised Release and Supporting Declaration for Case # 1:17-cr-00664-RJD-RER-

2 by depositing a true copy thereof enclosed in a post-paid wrapped, in an official depository

under the exclusive care and custody of the United States Postal Service within New York State,

addressed to each of the following person(s) at the last known address set forth after each name:

United States Probation Office, Eastern District
27 Johnson Street
Brooklyn, NY 11201
Attn: PO Perez

United States Attorney's Office, Eastern District
271 Cadman Plaza East
Brooklyn, NY 11201
Attn: AUSA James McDonald

John Hrbac

Sworn to before me this
20th day of September, 2023

Notary Public State of New York

PAUL D. PETRUS JR.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PE6121166
Qualified in New York County
Commission Expires   January 24, 2025

**A**
**(NOT INCLUDED)**

B

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00664-RJD-RER-2

Case title: USA v. Luthmann et al

Date Filed: 11/30/2017

Date Terminated: 07/09/2021

Assigned to: Judge Raymond J. Dearie
Referred to: Magistrate Judge Ramon E.
Reyes, Jr

**Defendant (2)**

**George Padula, III**
*TERMINATED: 07/09/2021*

represented by **Chad D. Seigel**
Tacopina Seigel & Deoreo
275 Madison Ave
Ste Fl 35
New York, NY 10016
212-227-8877
Fax: 212-619-1028
Email: cseigel@tacopinalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gerald J. McMahon**
Gerald J. McMahon, Esq.
375 Greenwich Street
New York, NY 10013
212-965-4259
Email: gm@geraldjmcmahon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gerard M. Marrone**
The Law Office of Gerard Marrone P.C
66-85 73rd Place
Second Floor
Middle Village, NY 11379
718-261-1711
Email: gmarronelaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael H. Gold**
Michael H. Gold
33 Hunting Ridge Road
Chappaqua, NY 10514
914-238-9219
Email: michaelhgold@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Matthew J. Santamauro**
Matthew J. Santamauro, P.C.
2550 Victory Blvd,
Suite 306
Staten Island, NY 10314
718-273-2092
Fax: 718-816-0718
Email: msantamauro@aol.com
*TERMINATED: 01/29/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:1349 and 3551 et seq. - Wire Fraud
Conspiracy
(1s)

18:1028A(a)(l), 1028A(b), 1028A(c)(5), 2
and 3551 et seq. - Aggravated Identity
Theft
(2s)

**Disposition**

Imprisonment: Count 1: 42 months; Count
7: 42 months to run concurrently to the
term imposed in Count 1; Count 2: 24
months, to run consecutively to the terms
imposed in Counts 1 and 7; Supervised
Release with Special Conditions: 2 years;
Special Assessment: $300; Restitution:
$559,911.26; Forfeiture Order

Imprisonment: Count 1: 42 months; Count
7: 42 months to run concurrently to the
term imposed in Count 1; Count 2: 24
months, to run consecutively to the terms
imposed in Counts 1 and 7; Supervised
Release with Special Conditions: 2 years;

Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order

Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order

18:1951(a), 2 and 3551 et seq. -
Threatening Physical Violence in
Furtherance of a Plan to Extort Co-
Conspirator 1
(7s)


**Highest Offense Level (Opening)**

Felony


| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1349 and 3551 et seq. WIRE FRAUD (1) | Dismissed on Motion of the United States |
| 18:1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 355 et seq. - FRAUD WITH IDENTIFICATION DOCUMENTS (2) | Dismissed on Motion of the United States |
| 18:1956(h),1957(b),1957(d)(1) and 3551 et seq. - MONEY LAUNDERING - INTERSTATE COMMERCE (3) | Dismissed on Motion of the United States |
| 18:1956(h), 1957(b), 1957(d){l) and 3551 et seq. - Money Laundering Conspiracy (3s) | Dismissed on Motion of the United States |
| 18:1957(a),1957(b),1957(d)(1) and 3551 et seq. - RACKETEERING - EXTORTION, CREDIT TRANSACTIONS (4) | Dismissed on Motion of the United States |
| 18:1201(c) and 3551 et seq. - Kidnaping Conspiracy (4s) | Dismissed on Motion of the United States |
| 18:1201(a)(l), 2 and 3551 et seq. - Kidnaping (5s) | Dismissed on Motion of the United States |
| 18:894(a) and 3551 et seq. - Extortionate Collection of Credit Conspiracy (6s) | Dismissed on Motion of the United States |
| 18:1201(c) and 3551 et seq. - KIDNAPPING (7) | Dismissed on Motion of the United States |

18:1201(a)(1), 2 and 3551 et seq. -

(8)
18:924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and
3551 et seq. - Using, Carrying and
Possessing a Firearm

Dismissed on Motion of the United States

(8s)
18:894(a) and 3551 et seq. -
COLLECTION OF CREDIT BY
EXTORTION

Dismissed on Motion of the United States

(9)
18:894(a), 2 and 3551 et seq. -
COLLECTION OF CREDIT BY
EXTORTION

Dismissed on Motion of the United States

(10)
18:924(c)(1)(A)(i),924(c)(1)(A)(ii), 2 and
3551 et seq. - VIOLENT
CRIME/DRUGS/MACHINE GUN

Dismissed on Motion of the United States

(11)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                      represented by **Moira Kim Penza**
U.S. Attorneys Office, E.D.N.Y.
271 Cadman Plaza East
Brookyln, NY 11201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Claire S. Kedeshian**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
(718) 254-7000
Fax: (718) 254-6081
Email: claire.kedeshian@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Genny Ngai**

DOJ-USAO
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6393
Email: genny.ngai@usdoj.gov
*ATTORNEY TO BE NOTICED*

**James P. McDonald**
U.S. Attorney's Office/EDNY
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6376
Fax: 718-254-6481
Email: mcdonaldja@sec.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2017 | 1 | SEALED INDICTMENT as to Richard Luthmann (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, George Padula, III (2) count(s) 1, 2, 3, 4, 7, 8, 9, 10, 11, Michael Beck (3) count(s) 7, 8, 9, 10, 11. (Attachments: # 1 Sealing Cover Sheet) (Piper, Francine) (Additional attachment(s) added on 12/1/2017: # 2 Criminal Information Sheet) (Piper, Francine). (Entered: 12/01/2017) |
| 12/08/2017 | | ORDER REASSIGNING CASE as to Richard Luthmann, George Padula, III, Michael Beck. Assigned to Judge Jack B. Weinstein. Judge Roslynn R. Mauskopf no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Dora Lizette Irizarry on 12/8/2017. (Davis, Kimberly) (Entered: 12/08/2017) |
| 12/15/2017 | 5 | Order to Unseal the Above Captioned Matter as to Richard Luthmann, George Padula, III, Michael Beck. So Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Lee, Tiffeny) (Entered: 12/19/2017) |
| 12/15/2017 | 6 | Letter dated 12/15/2017 from AUSA Moira Kim Penza to the Hon. Robert M. Levy, USMJ, *in support of the government's request for a permanent order of detention* as to Richard Luthmann, George Padula, III, Michael Beck. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 11 | NOTICE OF ATTORNEY APPEARANCE: Matthew J. Santamauro appearing for George Padula, III. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 12 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Arraignment as to George Padula III (2) Counts 1,2,3,4,7,8,9,10,11 held on 12/15/2017. George Padula III (2) pleads NOT GUILTY to ALL counts. Temporary Order of Detention Issued. Bail Hearing set for 12/19/2017 at 2 PM. Order of Excludable Delay/Speedy Trial entered from 12/15 to 1/8/2018. (FTR Log #2:33-2:38.) (Barrett, C) (Entered: 12/19/2017) |

| | | |
|---|---|---|
| 12/15/2017 | | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to George Padula, III. Detention Hearing set for 12/19/2017 at 02:00 PM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 14 | ORDER TO CONTINUE - Ends of Justice as to George Padula, III. Time excluded from 12/15/2017 until 1/8/2018. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |
| 12/19/2017 | 19 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Detention Hearing as to George Padula, III held on 12/19/2017. Dfse counsel presented a bail application with 4 sureties; govt opposed; dfse counsel withdraws bail application to try to put together a stronger application. Temporary Order of Detention Issued. Bail Hearing set for 12/20/2017 at 2:00 PM. (FTR Log # 3:21-3:24, 3:29-3:47, 4:09-4:11.) (Barrett, C) (Entered: 12/20/2017) |
| 12/19/2017 | 20 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to George Padula, III. Detention Hearing set for 12/20/2017 at 2:00 PM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Steven M. Gold on 12/19/2017. (Barrett, C) (Entered: 12/20/2017) |
| 12/20/2017 | 25 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Criminal Proceeding as to George Padula, III held on 12/20/2017. Order of detention entered w/leave to reapply. Bail Hearing set for 12/28/2017 at 11:00 AM. (FTR Log #3:28-3:32.) (Barrett, C) (Entered: 12/29/2017) |
| 12/20/2017 | 26 | ORDER OF DETENTION as to George Padula, III. Ordered by Magistrate Judge Steven M. Gold on 12/20/2017. (Barrett, C) (Entered: 12/29/2017) |
| 12/22/2017 | 23 | TRANSCRIPT of Proceedings as to George Padula, III held on December 19, 2017, before Judge Gold. Court Transcriber: TypeWrite Word Processing Service, Telephone number 518-581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/12/2018. Redacted Transcript Deadline set for 1/22/2018. Release of Transcript Restriction set for 3/22/2018. (Rocco, Christine) (Entered: 12/22/2017) |
| 01/01/2018 | 29 | NOTICE OF ATTORNEY APPEARANCE: James M. Branden appearing for Richard Luthmann, George Padula, III, Michael Beck *Notice of Appearance for Michael Beck Only* (Branden, James) (Entered: 01/01/2018) |
| 01/05/2018 | 44 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial/Motion Conference as to Richard Luthmann, George Padula, III, Michael Beck held on 1/5/2018. AUSA M. Penza. A. Aidala for Luthmann, M. Santamauro/J. Froccaro for Padula, III; and J. Branden for Beck. Jury selection before Mag. Judge on 5/14/18. In Limine motions will be heard on 5/7/2017 at 11:00 a.m. Motion to sever will be heard on 2/28/18 at 10:30 a.am. (Jury Trial set for 5/14/2018 at 2:00 PM in Courtroom 10B South before Judge Jack B. Weinstein.) (Court Reporter L. Mancino) (Layne, Monique) (Entered: 01/25/2018) |
| 01/09/2018 | 32 | SCHEDULING AND TRIAL MANAGEMENT ORDER as to Richard Luthmann, George Padula, III, Michael Beck, setting deadlines and hearings, terminating attorney |

| | | |
|---|---|---|
| | | Joseph V. Sorrentino III case as to Richard Luthmann and excluding time from speedy trial calculations. Ordered by Judge Jack B. Weinstein on 1/5/2018. (Barrett, C) (Entered: 01/09/2018) |
| 01/10/2018 | 33 | MOTION for Protective Order *As to Discovery Materials* by USA as to Richard Luthmann, George Padula, III, Michael Beck. (Attachments: # 1 Proposed Order) (Penza, Moira) (Entered: 01/10/2018) |
| 01/13/2018 | 38 | Letter *Providing Rule 16 Discovery on January 9, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 01/13/2018) |
| 01/13/2018 | 39 | Letter *Providing Rule 16 Discovery on January 12, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 01/13/2018) |
| 01/17/2018 | 40 | NOTICE OF ATTORNEY APPEARANCE: James R. Froccaro appearing for George Padula, III (Froccaro, James) (Entered: 01/17/2018) |
| 01/23/2018 | 41 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck re: Discovery Materials. (Ordered by Judge Jack B. Weinstein on 1/11/2018) (Galeano, Sonia) (Entered: 01/23/2018) |
| 01/25/2018 | 46 | Letter *In Further Support of Detention* as to George Padula, III (Penza, Moira) (Entered: 01/25/2018) |
| 01/26/2018 | 47 | MOTION for Bond by George Padula, III. (Froccaro, James) (Entered: 01/26/2018) |
| 01/26/2018 | 56 | Minute Entry for proceedings held before Magistrate Judge Viktor V. Pohorelsky: Detention Hearing as to George Padula, III held on 1/26/2018. Defense counsel presented a bail package. Gov't opposed based on danger to the community. Court finds deft a danger to the community. Order of detention w/prejudice entered. (FTR Log #11:48-12:28, 2nd call 2:32-2:35.) (Barrett, C) (Entered: 02/05/2018) |
| 01/26/2018 | 57 | ORDER OF DETENTION PENDING TRIAL as to George Padula, III. Ordered by Magistrate Judge Viktor V. Pohorelsky on 1/26/2018. (Barrett, C) (Entered: 02/05/2018) |
| 01/29/2018 | 50 | TRANSCRIPT of Proceedings as to George Padula, III held on January 26, 2018, before Judge POHORELSKY. Court Reporter/Transcriber TypeWrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/19/2018. Redacted Transcript Deadline set for 3/1/2018. Release of Transcript Restriction set for 4/30/2018. (Hong, Loan) (Entered: 01/29/2018) |
| 01/29/2018 | 58 | CJA 20 Appointment: Attorney Michael Gold appointed for George Padula, III. Ordered by Magistrate Judge James Orenstein on 1/29/2018. (Barrett, C) (Entered: 02/05/2018) |
| 01/29/2018 | 59 | Minute Entry for proceedings held before Judge Jack B. Weinstein:Motion conference as to George Padula, III held on 1/29/2018 re Government's motion for curcio hearing. Evidentiary hearing ordered and begun. The Mag judge on duty is requested to appoint counsel to advise the deft. Hearing continued to 1/30/2018 at 02:00 PM in Courtroom |

| | | TOB South before Judge Jack B. Weinstein. Attorney Santamauro is relieved. (Court Reporter D. Parisi.) (Attachments: # 1 Sealing Cover Sheet) (Fernandez, Erica) Modified on 2/7/2018. Entry was sealed in error. Entry unsealed as per Judge Weinstein's chambers. (Piper, Francine). (Entered: 02/05/2018) |
|---|---|---|
| 01/30/2018 | 52 | Letter *In Further Support of Pretrial Detention* as to George Padula, III (Penza, Moira) (Entered: 01/30/2018) |
| 01/30/2018 | 53 | MOTION for Bond *to Judge Weinstein* by George Padula, III. (Froccaro, James) (Entered: 01/30/2018) |
| 01/30/2018 | 60 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/30/2018 re Government's Motion for Curcio Hearing. The defendant informs the court that he wishes to be represented by Mr. Froccaro. Defendant's oral appeal of the Mag. Judge's bail decision will be heard on 2/15/2018 at 11:15 am. (Court Reporter D. Parisi.) (Barrett, C) (Entered: 02/06/2018) |
| 02/12/2018 | 66 | MOTION to Quash by George Padula, III. (Froccaro, James) (Entered: 02/12/2018) |
| 02/12/2018 | 67 | RESPONSE in Opposition re 66 MOTION to Quash *GJ Subpoena* (Penza, Moira) (Entered: 02/12/2018) |
| 02/12/2018 | 68 | ORDER denying 66 Motion to Quash as to George Padula III (2). So Ordered by Judge Jack B. Weinstein on 2/12/2018. (Lee, Tiffeny) (Entered: 02/12/2018) |
| 02/15/2018 | 69 | MOTION to Withdraw as Attorney *for George Padula III* by James R. Froccaro, Jr.. by George Padula, III. (Froccaro, James) (Entered: 02/15/2018) |
| 02/19/2018 | 70 | Letter *Moving to Disregard Pro Se Filing of Defendant Luthmann and Update to Court Re: Discovery* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 71 | Letter *Providing Rule 16 Discovery on Januar 19, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 72 | Letter *Providing Rule 16 Discovery on February 2, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 73 | Letter *Providing Rule 16 Discovery on February 16, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/26/2018 | 75 | Letter *Requesting Adjournment of Oral Arugment re: Severance* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/26/2018) |
| 02/27/2018 | 76 | MEMO ENDORSED ORDER as to Richard Luthmann, George Padula, III, Michael Beck re 70 Letter. So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/27/2018. (Vertus, Miriam) (Main Document 76 replaced on 2/27/2018) (Vertus, Miriam). (Entered: 02/27/2018) |
| 02/27/2018 | 77 | NOTICE OF ATTORNEY APPEARANCE: Gerald J. McMahon appearing for Richard Luthmann, George Padula, III, Michael Beck *Substituting for James R. Froccaro* (McMahon, Gerald) (Entered: 02/27/2018) |
| 02/28/2018 | 78 | Letter *In Further Support of a Permanent Order of Detention for Richard Luthmann* as to Richard Luthmann, George Padula, III, Michael Beck (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Penza, Moira) (Entered: 02/28/2018) |

| 03/06/2018 | 80 | NOTICE OF ATTORNEY APPEARANCE: James P. McDonald appearing for USA. (McDonald, James) (Entered: 03/06/2018) |
|---|---|---|
| 03/07/2018 | 81 | MEMORANDUM in Opposition re 45 MOTION to Sever Defendant *Beck* (Penza, Moira) (Entered: 03/07/2018) |
| 03/09/2018 | 84 | MOTION for Extension of Time to File *satisfaction of bail conditions* by Richard Luthmann as to Richard Luthmann, George Padula, III, Michael Beck. (Romano, Mario) (Entered: 03/09/2018) |
| 03/13/2018 | 85 | ENDORSED ORDER as to Richard Luthmann, George Padula, III, Michael Beck granting 75 Letter Requesting Adjournment of Oral Argument re: Severance. (Oral argument reset for 3/14/2018 at 02:00 PM in Courtroom 10B South before Judge Jack B. Weinstein.) Ordered by Judge Jack B. Weinstein on 2/28/2018. (Barrett, C) (Entered: 03/13/2018) |
| 03/13/2018 | 86 | Joint MOTION for Separate Trial on Counts George Padula III (2) Count 7,8,9,10,11 by George Padula, III. (McMahon, Gerald) (Entered: 03/13/2018) |
| 03/14/2018 | 96 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to Richard Luthmann, George Padula, III, Michael Beck held on 3/14/2018 re MOTION for Separate Trials. Decision reserved. Further Motion Hearing set for 4/18/2018 at 10:30 AM (in Courtroom 10B South). (Court Reporter R. Teich.) (Barrett, C) (Entered: 04/02/2018) |
| 03/16/2018 | 92 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck: Pretrial motions, *in limine* motions, and motions for severance shall be made returnable on 4/18/2018 at 10:30 AM in Courtroom 10B South. Ordered by Judge Jack B. Weinstein on 3/14/2018. (Barrett, C) (Entered: 03/16/2018) |
| 04/12/2018 | 100 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck: The issue of adjournment raised in Michael Beck's 99 Letter will be heard at the 4/18/2018 conference. Submission of briefs respecting pretrial motions, *in limine* motions, and severance will be rescheduled at the 4/18/2018 hearing. Ordered by Judge Jack B. Weinstein on 4/11/2018. (Barrett, C) (Entered: 04/12/2018) |
| 04/18/2018 | 101 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to Richard Luthmann, George Padula, III, Michael Beck held on 4/18/2018. Jury selection before Mag. Judge 7/9/2018. Trial is adjourned to 7/9/2018 at 2:00 PM. *In limine* motions will be heard 7/2/2018 at 10:30 AM. Speedy Trial Info for defts.: start date 4/18/2018, stop date 7/9/2018. (Court Reporter S. Mace.) (Barrett, C) (Entered: 04/19/2018) |
| 04/19/2018 | 102 | ORDER rescheduling trial and related dates as to Richard Luthmann, George Padula, III, Michael Beck. Trial reset for 7/9/2018. Hearing on *in limine* motions reset for 7/2/2018; submission in advance of that hearing shall be filed by 6/25/2018. Ordered by Judge Jack B. Weinstein on 4/18/2018. (Barrett, C) (Entered: 04/19/2018) |
| 04/24/2018 | 103 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Richard Luthmann, George Padula, III, Michael Beck held on 03/14/2018, before Judge WEINSTEIN. Court Reporter/Transcriber RIVKA TEICH, Telephone number 718 613 2268. Email address: rivkateich@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | |
|---|---|---|
| | | through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/15/2018. Redacted Transcript Deadline set for 5/25/2018. Release of Transcript Restriction set for 7/23/2018. (Teich, Rivka) (Entered: 04/24/2018) |
| 04/25/2018 | 104 | ORDER rescheduling trial and related dates as to Richard Luthmann, George Padula, III, Michael Beck. Trial reset for 6/25/2018. Hearing on *in limine* motions reset for 6/18/2018 at 10:30 AM; submission in advance of that hearing shall be filed by 6/11/2018. Ordered by Judge Jack B. Weinstein on 4/24/2018. (Barrett, C) (Entered: 04/25/2018) |
| 05/22/2018 | 111 | MOTION for Hearing *adjournment* by Richard Luthmann as to Richard Luthmann, George Padula, III, Michael Beck. (Romano, Mario) (Entered: 05/22/2018) |
| 05/22/2018 | | ORDER terminating 111 Motion for Hearing as to George Padula III (2), Michael Beck (3).Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/22/2018. (Vertus, Miriam) (Entered: 05/22/2018) |
| 05/22/2018 | 114 | Letter *Requesting Extension of Time to File Superseding Indictment with Consent of Defendants* as to Richard Luthmann, George Padula, III (Penza, Moira) (Entered: 05/22/2018) |
| 05/24/2018 | 119 | ENDORSED ORDER as to Richard Luthmann, George Padula, III re 114 Letter Requesting Extension of Time to File Superseding Indictment with Consent of Defendants. Extension granted. Speedy trial rules waived during extension. Ordered by Judge Jack B. Weinstein on 5/23/2018. (Barrett, C) (Entered: 05/24/2018) |
| 05/29/2018 | | Scheduling Order as to (2) George Padula, III: Change of Plea Hearing set for 5/31/2018 at 5:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes Jr. The Government is directed to fax all required paperwork to Judge Reyes no later than 5/30/2018. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/29/2018. (Vertus, Miriam) (Entered: 05/29/2018) |
| 05/31/2018 | 122 | ORDER REFERRING CASE to Magistrate Judge Ramon E. Reyes, Jr. as to George Padula, III for Pleading. Ordered by Judge Jack B. Weinstein on 5/30/2018. (Barrett, C) (Entered: 06/04/2018) |
| 05/31/2018 | 123 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Pleading as to George Padula, III held on 5/31/2018. George Padula III (2) withdraws not guilty plea and enters a GUILTY PLEA to Counts 9, 11. Defendant remains in custody. (Sentencing set for 9/17/2018 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (FTR Log # 5:36:38 - 6:06:58.) (Barrett, C) (Entered: 06/04/2018) |
| 05/31/2018 | | Case as to George Padula, III no longer referred to Magistrate Judge Ramon E. Reyes, Jr. (Barrett, C) (Entered: 06/04/2018) |
| 06/04/2018 | 120 | TRANSCRIPT of Proceedings as to George Padula, III held on May 31, 2018, before Judge Reyes. Court Transcriber: TypeWrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/25/2018. |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/3/2018. (Rocco, Christine) (Entered: 06/04/2018) |
| 06/08/2018 | 134 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on January 30, 2018, before Judge Weinstein. Court Reporter/Transcriber Denise Parisi, Telephone number 718-613-2605. Email address: deniseparisi72@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/29/2018. Redacted Transcript Deadline set for 7/9/2018. Release of Transcript Restriction set for 9/6/2018. (Parisi, Denise) (Entered: 06/08/2018) |
| 08/10/2018 | 142 | ENDORSED ORDER granting Request for Adjournment as to George Padula, III. Sentencing reset for 11/28/2018 at 10:30 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 8/2/2018. (Barrett, C) (Entered: 08/10/2018) |
| 10/04/2018 | 148 | NOTICE OF ATTORNEY APPEARANCE: Chad D. Seigel appearing for George Padula, III (Seigel, Chad) (Entered: 10/04/2018) |
| 10/04/2018 | 149 | STIPULATION by George Padula, III (Seigel, Chad) (Entered: 10/04/2018) |
| 10/23/2018 | 153 | MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 10/23/2018) |
| 11/06/2018 | 155 | ENDORSED ORDER granting 153 Motion to Continue Sentencing as to George Padula III (2). Sentencing is adjourned to 2/27/2019 at 10:30 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 10/31/2018. (Barrett, C) (Entered: 11/06/2018) |
| 11/15/2018 | | Email Notification Test - DO NOT REPLY. (Barrett, C) (Entered: 11/15/2018) |
| 02/11/2019 | 167 | Letter *requesting, with the Government's consent, an adjournment of sentencing until late May, 2019,* as to George Padula, III (Seigel, Chad) (Entered: 02/11/2019) |
| 02/12/2019 | 168 | Letter *Request Adjournment and Exclude Timer* as to Richard Luthmann, George Padula, III, Michael Beck (Aidala, Arthur) (Entered: 02/12/2019) |
| 02/27/2019 | 172 | ORDER as to George Padula, III: Claims of poor medical treatment of a prisoner will be heard on 3/11/2019 at 10:45 a.m. Ordered by Judge Jack B. Weinstein on 2/26/2019. (Barrett, C) (Entered: 02/27/2019) |
| 03/11/2019 | 178 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Case called for Pretrial/Motion Conference as to George Padula, III on 3/11/2019. Discovery motions respectfully referred to the magistrate judge. Medical records to be produced to the AUSA. (Court Reporter L. Danelczyk.) (Barrett, C) (Entered: 04/08/2019) |
| 03/11/2019 | | Case as to George Padula, III Referred to Magistrate Judge Ramon E. Reyes, Jr. Discovery Motions referred to Ramon E. Reyes, Jr. *See* ECF No. 178 . (Barrett, C) (Entered: 04/08/2019) |
| 04/24/2019 | 189 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 4/24/2019 re Deft.'s MOTION to Address Medical Issues/Treatment. Arguments heard. Decision entered on the record. The warden shall be informed of Mr. Padula's claim of threats being made against him by prison staff. |

| | | Further conference 4/29/2019 at 10:30 AM. (Court Reporter S. Hearing.) (Barrett, C) (Entered: 05/09/2019) |
|---|---|---|
| 04/26/2019 | 187 | Letter *re: Medical Treatment and Adjournment of Conference* as to George Padula, III (McDonald, James) (Entered: 04/26/2019) |
| 04/29/2019 | 188 | Order as to George Padula, III re 187 Sealed Letter request to adjourn April 29, 2019 conference. Unseal this letter and transcript. Conference adjourned to May 1, 2019 at 10:30 a.m Speedy Trial Rules waived until that date. So Ordered by Judge Jack B. Weinstein on 4/29/2019. (Document 187 unsealed) (Lee, Tiffeny) (Entered: 05/03/2019) |
| 05/01/2019 | 193 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to George Padula, III held on 5/1/2019. PTC adjourned to 6/20/2019 at 10:30 am. 4/26/19 letter is unsealed. (Pretrial Conference adjourned to 6/20/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (Barrett, C) (Entered: 06/05/2019) |
| 05/28/2019 | 191 | ORDER as to George Padula, III: Sentencing is adjourned to 8/13/2019 at 10:30 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 5/23/2019. (Barrett, C) (Entered: 05/28/2019) |
| 06/17/2019 | 194 | MOTION to Continue *June 20, 2019 court appearance* by George Padula, III. (Seigel, Chad) (Entered: 06/17/2019) |
| 06/19/2019 | 195 | ORDER re 194 Motion to Continue as to George Padula III (2). The motion for defendant to adjourn the hearing scheduled for June 20, 2019 is granted. Defendant shall promptly move for vacature of his plea. Parties shall arrange for hearing date with case coordinator, June Lowe, 718-613-2525. So Ordered by Judge Jack B. Weinstein on 6/18/2019. (Lee, Tiffeny) (Main Document 195 replaced on 6/19/2019) (Lee, Tiffeny). (Entered: 06/19/2019) |
| 07/24/2019 | 198 | MOTION to Vacate *Guilty Plea to Count Eleven*, MOTION to Dismiss *Count Eleven* by George Padula, III. (Attachments: # 1 Memorandum in Support of Motion to Vacate Guilty Plea to Count Eleven and Dismiss that Count, # 2 Declaration of Attorney in Support of Motion, # 3 Exhibit A (Indictment), # 4 Exhibit B (Plea Agreement), # 5 Exhibit C (Plea Transcript)) (Seigel, Chad) (Entered: 07/24/2019) |
| 08/22/2019 | 203 | RESPONSE to Motion re 198 MOTION to Vacate *Guilty Plea to Count Eleven* MOTION to Dismiss *Count Eleven* (McDonald, James) (Entered: 08/22/2019) |
| 08/28/2019 | 204 | RESPONSE in Opposition re 198 MOTION to Vacate *Guilty Plea to Count Eleven* MOTION to Dismiss *Count Eleven* (Seigel, Chad) (Entered: 08/28/2019) |
| 08/28/2019 | 205 | ORDER granting 203 the government's request that this case be returned to its pretrial posture as to George Padula, III. Ordered by Judge Jack B. Weinstein on 8/27/2019. (Barrett, C) (Entered: 08/29/2019) |
| 08/29/2019 | 206 | Letter MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture*, by George Padula, III. (Seigel, Chad) (Entered: 08/29/2019) |
| 09/09/2019 | 208 | ORDER as to George Padula, III re 206 Letter MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture*, filed by George Padula, III. Status Conference set for |

| | | |
|---|---|---|
| | | on 9/9/2019. (Barrett, C) (Entered: 09/09/2019) |
| 09/10/2019 | [209](#) | Letter MOTION to Continue *Status Conference presently scheduled for Sept. 12, 2019 until Sept. 19, 2019 at 11:15am* by George Padula, III. (Seigel, Chad) (Entered: 09/10/2019) |
| 09/18/2019 | [210](#) | Second MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture*, by George Padula, III. (Seigel, Chad) (Entered: 09/18/2019) |
| 09/25/2019 | | NOTICE OF HEARING as to George Padula, III- A Status Conference is set for 10/23/2019 at 11:15 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 09/25/2019) |
| 10/08/2019 | [215](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on May 1, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R. Roy, Telephone number 7186132609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/29/2019. Redacted Transcript Deadline set for 11/8/2019. Release of Transcript Restriction set for 1/6/2020. (Roy, David) (Entered: 10/08/2019) |
| 10/29/2019 | [221](#) | SUPERSEDING INDICTMENT (S-1) as to George Padula, III (2) counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (Barrett, C) (Entered: 10/29/2019) |
| 10/30/2019 | [222](#) | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to George Padula, III held on 10/30/2019. Speedy Trial Info for deft.: start date 10/30/2019, stop date: 12/16/2019. Respectfully referred to the Magistrate Judge for arraignment on the superseding indictment. Hearing 12/16/2019 at 10:30 am. (Court Reporter G. Bretts.) (Barrett, C) (Entered: 10/31/2019) |
| 10/30/2019 | [223](#) | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Arraignment as to George Padula III (2) Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s held on 10/30/2019. George Padula III pleads NOT GUILTY to ALL counts. Order of Excludable Delay/Speedy Trial entered. (Status Conference set for 12/16/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (FTR Log # 12:03-12:08.) (Barrett, C) (Entered: 10/31/2019) |
| 10/30/2019 | [224](#) | ORDER TO CONTINUE - Ends of Justice as to George Padula, III. Time excluded from 10/30/2019 until 12/16/2019. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 10/30/2019. (Barrett, C) (Entered: 10/31/2019) |
| 12/10/2019 | [225](#) | MOTION to Withdraw Document [210](#) Second MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture*, by George Padula, III. (Seigel, Chad) (Entered: 12/10/2019) |
| 12/11/2019 | [226](#) | ENDORSED ORDER withdrawing [210](#) Motion for Reconsideration as to George Padula III (2); granting [225](#) Motion to Withdraw Document as to George Padula III (2); cancelling 12/16/2019 hearing. Ordered by Judge Jack B. Weinstein on |

| 12/16/2019 | 227 | MOTION to Continue *status conference, presently scheduled for December 16, 2019, until January 9, 2020 at 11:15am, with the Government's consent* by George Padula, III. (Seigel, Chad) (Entered: 12/16/2019) |
|---|---|---|
| 12/18/2019 | 228 | ENDORSED ORDER on 227 Motion to Continue as to George Padula III (2). Adjourned to 1/9/2020 at 11:15 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 12/17/2019. (Barrett, C) (Entered: 12/18/2019) |
| 01/09/2020 | 236 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/9/2020 re 230 Competency Evaluation of the deft. AUSA J. McDonald. C. Siegel, Esq. ret. for deft. Hearing cont'd. to 1/21/2020. (Court Reporter R. Teich) (Layne, Monique) (Entered: 01/30/2020) |
| 01/16/2020 | 230 | MOTION for Psychiatric Exam /*Competency Evaluation* by USA as to George Padula, III. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10-17, # 11 Exhibit 10-T, # 12 Exhibit 11-T, # 13 Exhibit 12-T, # 14 Exhibit 13-T, # 15 Exhibit 14-T, # 16 Exhibit 15-T, # 17 Exhibit 16-T, # 18 Exhibit 17-T) (McDonald, James) (Entered: 01/16/2020) |
| 01/19/2020 | 231 | RESPONSE in Opposition re 230 Motion for Psychiatric Exam,, 1 - Sealed Document CR, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Seigel, Chad) (Entered: 01/19/2020) |
| 01/21/2020 | 232 | ORDER OF RECUSAL -- For the reasons stated orally on the record, the court recuses itself. The case shall be reassigned to another Judge for all purposes including trial, jury selection, and sentencing. The parties have agreed to waive speedy trial time from today to the selection of the new Judge. So Ordered by Judge Jack B. Weinstein on 1/21/2020. (Carosella, Christy) (Entered: 01/21/2020) |
| 01/21/2020 | | ORDER REASSIGNING CASE as to George Padula, III. Reassigned to Judge Raymond J. Dearie. Judge Jack B. Weinstein no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Signed by Chief Judge Dora Lizette Irizarry on 1/21/2020. (Brown, Marc) (Entered: 01/21/2020) |
| 01/21/2020 | 233 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/21/2020 re 230 Motion for Psychiatric Exam. Decision entered on the record. This court recuses itself. The Clerk of Court shall reassign the case by random selection. Time excluded: Start Date: 1/21/2020; Stop Date: Until Appointment of New Judge.(Court Reporter David Roy) (Lee, Tiffeny) (Entered: 01/22/2020) |
| 01/23/2020 | 234 | Medical Evaluation Order as to George Padula, III. Having examined the defendant, a distinguished expert in forensic psychiatry testified that Padula is competent. The AUSA and Padula's attorney concurred. The court observed the defendant writing out questions and assisting his attorney. Based on his actions and the record, the court finds that Padula is presently competent to assist in his defense and proceed to trial. Ordered by Judge Jack B. Weinstein on 1/23/2020. (Layne, Monique) (Entered: 01/23/2020) |

| 01/24/2020 | 235 | Minute Entry: for proceedings held before Judge Raymond J. Dearie: AUSA James McDonald. Defense Counsel: Chad Seigel. Status Conference as to George Padula, III held on 1/24/2020, ( Jury Selection set for 8/3/2020 and Jury Trial set for 8/3/2020 in Courtroom 10A South before Judge Raymond J. Dearie.) Motion schedule: Motion(s) due 3/9/2020; Opposition due 3/31/2020; Reply, if any, due: 4/15/2020. Case adjourned to 5/1/2020 at 12:00 PM in Courtroom 10A South before Judge Raymond J. Dearie. Motion(s) will be discussed at that time. With the consent of all parties. time excluded from today through 5/1/2020 in the interest of justice. (Court Reporter Anthony Frisolone.) (Galeano, Sonia) (Entered: 01/27/2020) |
|---|---|---|
| 02/18/2020 | 238 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on March 11, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718-613-2330. Email address: Linda_Danelczyk@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 3/10/2020. Redacted Transcript Deadline set for 3/20/2020. Release of Transcript Restriction set for 5/18/2020. (Danelczyk, Linda) (Entered: 02/18/2020) |
| 03/09/2020 | 239 | MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowing use of false testimony before the Grand Jury, in violation of the Due Process Clause of the Fifth Amendment; and to Order the Gov't to immediately disclose Brady material in its possession; direct the Gov't to provide reasonable 404(b) notice and grant the defense leave to make additional motions that may become necessary as a result of further discovery* by George Padula, III. (Attachments: # 1 Declaration of Chad Seigel, Esq., # 2 Exhibit Superseding Indictment, # 3 Exhibit Indictment, # 4 Exhibit Application for Search Warrant, # 5 Exhibit Affidavit in Support of Search Warrant, # 6 Memorandum in Support Memorandum of Law in Support of Defendant's Pretrial Motions) (Seigel, Chad) (Entered: 03/09/2020) |
| 03/11/2020 | 240 | NOTICE OF ATTORNEY APPEARANCE Genny Ngai appearing for USA. (Ngai, Genny) (Entered: 03/11/2020) |
| 03/11/2020 | 241 | Letter *to the Gov't pertaining to defendant's Motion to Dismiss filed March 9, 2020* as to George Padula, III (Seigel, Chad) (Entered: 03/11/2020) |
| 03/31/2020 | 242 | MEMORANDUM in Opposition re 239 MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi* (Attachments: # 1 Exhibit A) (McDonald, James) (Entered: 03/31/2020) |
| 04/14/2020 | 243 | REPLY TO RESPONSE to Motion re 239 MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi* (Attachments: # 1 Exhibit A) (Seigel, Chad) (Entered: 04/14/2020) |

| | |
|---|---|
| | *Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi CORRECTED VERSION OF DKT NO. 243 (Attachments: # 1 Exhibit A) (Seigel, Chad) (Entered: 04/14/2020)* |
| 04/29/2020 | ELECTRONIC ORDER as to George Padula, III. Consistent with Chief Judge Mauskopfs Administrative Order No. 2020-15, dated 4/21/2020, time between 4/27/2020 and 6/15/2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. and 18 U.S.C. § 3161(h)(7)(A). So Ordered by Judge Raymond J. Dearie on 4/29/2020. (Mulqueen, Ellen) (Entered: 04/29/2020) |
| 05/11/2020 | Minute Entry for telephonic conference held on 5/11/2020 before Judge Raymond J. Dearie as to George Padula, III. re 239 Motion to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. 12(b)(3)(B)(v). Following counsel appear telephonically: AUSA James McDonald & Genny Ngai; Chad Seigel, Esq. (retained) as counsel for defendant. Defendant(in custody) appears telephonically. Case called for motion conference. Defendant advises Court that he willingly consents to proceed with the conference telephonically. For the reasons stated on the record, defendant's motion (#239) is DENIED. Discussion held. Given the unprecedented circumstances confronting us all, the current trial date of 8/3/2020 is not viable. The Court will reschedule trial date for the fall of 2020 as soon as practicable. With the consent of all parties, time is excluded from today through 6/19/2020 in the interest of justice. Next conference scheduled for 6/19/2020 at 10:30AM. (Court Reporter David Roy.)* (Mulqueen, Ellen) (Entered: 05/11/2020) |
| 05/11/2020 | ELECTRONIC ORDER denying 239 Motion to Dismiss as to George Padula III (2). (SEE MINUTE ENTRY OF 5/11/2020) So Ordered by Judge Raymond J. Dearie on 5/11/2020. (Mulqueen, Ellen) (Entered: 05/11/2020) |
| 05/11/2020 | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 05/11/2020) |
| 06/19/2020 | Minute Entry for video status conference held on 6/19/2020 before Judge Raymond J. Dearie as to George Padula. Case called for status conference. AUSA James McDonald and Genny Ngai appear. Chad Seigel(retained) appears as counsel for defendant. Defendant (in custody) appears. After private consultation with counsel, defendant advises that he knowingly & voluntarily waives his right to appear in person in open court and consents to video conference. Court finds, as required under the Cares Act, that the conference cannot be further delayed without serious harm to the interest of justice. Discussion held. Court is advised that plea discussions are ongoing. Counsel jointly request that time be excluded. Court approves request, exclusion continues on consent, in the interest of justice. Case adjourned to 8/7/2020 at 10:30am for next video/telephonic status conference. (Court Reporter Lisa Schmid.) (Mulqueen, Ellen) (Entered: 06/19/2020) |
| 06/22/2020 | ORDER terminating 198 Motion to Vacate as to George Padula III (2); terminating 198 Motion to Dismiss as to George Padula III (2). Motion ruled on by Judge Weinstein on 8/27/2019. See ECF 205 . So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | ORDER terminating 206 Motion for Reconsideration as to George Padula III (2). |

| | | |
|---|---|---|
| | | Motion(s) withdrawn by counsel (see ECF 225 ) for reconsideration and second motion for reconsideration. Motion ruled on by Judge Weinstein on 12/11/2019. See ECF 226 . So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 230 Motion for Psychiatric Exam as to George Padula III (2). Hearing held on 1/21/2020 before Judge Weinstein. Ruling rendered on the record. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER finding as moot 209 Motion to Continue as to George Padula III (2). Terminated as moot. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER finding as moot 84 Motion for Extension of Time to File as to George Padula III (2). Terminated as moot.Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 53 Motion for Bond as to George Padula III (2). So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 69 Motion to Withdraw as Attorney. as to George Padula III (2). Gerald McMahon filed a notice of appearance on 2/27/2018. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/23/2020 | | ORDER Re: 86 Motion For Severance is terminated as moot in light of superseding indictment being filed on 10/29/2019 and guilty pleas entered of co-defendants. So Ordered by Judge Raymond J. Dearie on 6/23/2020. (Mulqueen, Ellen) (Entered: 06/23/2020) |
| 07/20/2020 | 246 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on January 21, 2020, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R Roy, Telephone number (718) 613-2609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/10/2020. Redacted Transcript Deadline set for 8/20/2020. Release of Transcript Restriction set for 10/19/2020. (Roy, David) (Entered: 07/20/2020) |
| 07/27/2020 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel are advised that the Video Status Conference currently scheduled for 8/7/2020 is rescheduled to 8/10/2020 at 12:00pm. DIAL IN NUMBER 571-353-2300. ACCESS CODE: 934666753. So Ordered by Judge Raymond J. Dearie on 7/27/2020. (Mulqueen, Ellen) (Entered: 07/27/2020) |
| 07/27/2020 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 07/27/2020) |
| 08/10/2020 | | Minute Entry for video status conference held on 8/10/2020 before Judge Raymond J. Dearie as to George Padula, III. AUSA James McDonald & Genny Ngai appear. Chad Seigel(retained) appears as counsel for defendant. Defendant(in custody) appears. Defense counsel advises Court that he and his client have had an opportunity to speak |

| | | |
|---|---|---|
| | | privately and that defendant waives appearance in open court & agrees to appear via video. Defense counsel further advises Court that his client will be pleading shortly, requests time to confer with his client. Parties jointly request time be excluded. Court approves joint request. Time from today through 9/11/2020 is excluded in the interest of justice. Case adjourned to 9/11/2020 at 10:30am. (Court Reporter Charleane Heading.) (Mulqueen, Ellen) (Entered: 08/10/2020) |
| 08/19/2020 | 247 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on 010920, before Judge WEINSTEIN. Court Reporter/Transcriber rivka teich, Telephone number 17186132268. Email address: rivkateich@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/9/2020. Redacted Transcript Deadline set for 9/21/2020. Release of Transcript Restriction set for 11/17/2020. (Teich, Rivka) (Entered: 08/19/2020) |
| 08/21/2020 | 248 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on October 30, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber Georgette K. Betts, Telephone number 718.804.2777. Email address: Georgette_Betts@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/11/2020. Redacted Transcript Deadline set for 9/21/2020. Release of Transcript Restriction set for 11/19/2020. (Betts, Georgette) (Entered: 08/21/2020) |
| 09/09/2020 | 249 | MOTION to Continue *September 11, 2020 Status Conference* by George Padula, III. (Seigel, Chad) (Entered: 09/09/2020) |
| 09/10/2020 | | ELECTRONIC ORDER 249 Motion to Continue as to George Padula III (2). Defense counsel requests an adjournment of conference currently scheduled for 9/11/2020 due to his inability to confer with his client and further requests time be excluded for speedy trial purposes from 9/11/2020 through 9/25/2020. Application Approved as follows: Conference rescheduled to 9/21/2020 at 10:30am. Time excluded from 9/11/2020 through 9/25/2020. So Ordered by Judge Raymond J. Dearie on 9/10/2020. (Mulqueen, Ellen) (Entered: 09/10/2020) |
| 09/10/2020 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel are advised that the teleconference currently scheduled for 9/11/2020 is rescheduled to 9/21/2020 at 10:30am. Toll Free Dial In Number: 571-353-2300. Access Code: 934666753. So Ordered by Judge Raymond J. Dearie on 9/10/2020. (Mulqueen, Ellen) (Entered: 09/10/2020) |
| 09/21/2020 | 250 | Minute Entry for proceedings held before Judge Raymond J. Dearie:Teleconference Pleading as to George Padula, III held on 9/21/2020. After private consultation with his counsel, defendant advises that he waives his right to appear in person in open court and consents to pleading being held by video conference. The court finds, as required under The Cares Act, that the pleading conference in this case cannot be further delayed without serious harm to the interest of justice. Defendant withdraws previously entered Plea of Not Guilty and enters a Plea of Guilty to Counts 1s,2s,7s of |

| | | the Superseding Indictment. Sentencing set for 1/22/2021 at 2:00 PM in Courtroom 10A South before Judge Raymond J. Dearie. Sentence submissions due as follows: Defense: 1/8/2021; Government: 1/15/2021, with courtesy copies to Chambers and assigned Probation Officer. (Court Reporter Holly Driscoll.) (Tavarez, Jennifer) (Entered: 09/21/2020) |
|---|---|---|
| 11/06/2020 | [252](#) | Letter *in Opposition to Defendant's Motion (ECF Dkt. 251)* as to George Padula, III (McDonald, James) (Entered: 11/06/2020) |
| 11/10/2020 | [253](#) | ORDER as to George Padula, III: Application to seal is denied. Counsel authorized to file redacted copy. Ordered by Judge Raymond J. Dearie on 11/9/2020. (Fernandez, Erica) (Entered: 11/10/2020) |
| 11/13/2020 | | ORDER as to George Padula, III re 251 Motion. Applications denied. Mr. Padula will first present any concerns about out-of-cell time or e-mail difficulties to the Bureau of Prisons. Counsel for Mr. Padula is invited to advise the Court of any difficulties with the Corrlinks operation. So Ordered by Judge Raymond J. Dearie on 11/13/2020. (Baltimore, Molly) (Entered: 11/13/2020) |
| 01/04/2021 | [255](#) | First MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 01/04/2021) |
| 01/05/2021 | | ELECTRONIC ORDER granting 255 Consent Motion to Continue Sentencing as to George Padula III (2). Sentencing rescheduled to 3/15/2021 at 12:00pm in Courtroom 10A South before the undersigned. Briefing Schedule Revised as follows: Objections to the Pre Sentence Report due 1/27/2021; defense sentence submission due 2/22/2021; government sentence submission due 3/3/2021. Counsel are directed to send a courtesy copy of their submission, including objections to pre sentence report, to chambers and assigned Probation Officer. So Ordered by Judge Raymond J. Dearie on 1/5/2021. (Mulqueen, Ellen) (Entered: 01/05/2021) |
| 01/26/2021 | [256](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on April 24, 2019, before Judge Weinstein. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718-613-2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/16/2021. Redacted Transcript Deadline set for 2/26/2021. Release of Transcript Restriction set for 4/26/2021. (Heading, Charleane) (Entered: 01/26/2021) |
| 02/22/2021 | [257](#) | SENTENCING MEMORANDUM by George Padula, III (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M, # [14](#) Exhibit N, # [15](#) Exhibit O, # [16](#) Exhibit P) (Seigel, Chad) (Entered: 02/22/2021) |
| 02/24/2021 | [258](#) | MOTION for Forfeiture of Property by USA as to George Padula, III. (Attachments: # [1](#) Proposed Order) (Kedeshian, Claire) (Entered: 02/24/2021) |
| 02/26/2021 | [259](#) | Letter *Requesting Adjournment of Government Sentencing Submission and Defendant's Sentencing Date* as to George Padula, III (Ngai, Genny) (Entered: 02/26/2021) |

| 03/01/2021 | | ELECTRONIC ORDER as to George Padula, III re 259 Consent letter from government counsel requesting an extension of time to file sentence submission & adjournment of sentence currently scheduled for 3/15/2021. Request Granted. Sentence adjourned to 4/28/2021 at 10:30am before the undersigned. Sentence will be held by video teleconference unless counsel are advised otherwise by the Court. Government sentence submission due on or before 3/31/2021. So Ordered by Judge Raymond J. Dearie on 3/1/2021. (Mulqueen, Ellen) (Entered: 03/01/2021) |
|---|---|---|
| 03/01/2021 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 03/01/2021) |
| 03/01/2021 | 260 | ORDER granting 258 Motion for Forfeiture of Property as to George Padula III (2). The Clerk of the Court is directed to send, by inter-office mail, four (4)certified copies of this executed Order to the United States Attorneys Office, Eastern District of New York, Attn: FSA Paralegal, Nicole Brown, 271-A Cadman Plaza East, Brooklyn, New York 11201. SO Ordered by Judge Raymond J. Dearie on 3/1/2021. (Tavarez, Jennifer) (Entered: 03/01/2021) |
| 03/25/2021 | 268 | Letter *Requesting Adjournment of Government Sentencing Submission* as to George Padula, III (Ngai, Genny) (Entered: 03/25/2021) |
| 03/25/2021 | | ELECTRONIC ORDER as to George Padula, III re 268 Letter from government counsel requesting an extension of time to file their sentence submission, with the consent of defense counsel. Request Approved. Government submission due on or before 4/9/2021. So Ordered by Judge Raymond J. Dearie on 3/25/2021. (Mulqueen, Ellen) (Entered: 03/25/2021) |
| 04/09/2021 | 272 | SENTENCING MEMORANDUM by USA as to George Padula, III (Attachments: # 1 Exhibit A: Firearm Report, # 2 Exhibit B: Data Disc (Not Filed on ECF)) (McDonald, James) (Entered: 04/09/2021) |
| 04/19/2021 | 277 | MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 04/19/2021) |
| 04/20/2021 | | ELECTRONIC ORDER granting 277 Consent Motion to Continue Sentencing as to George Padula III (2). Sentence currently scheduled for 4/28/2021 is adjourned to 6/17/2021 at 12:00pm in Courtroom 10A South before the undersigned. Sentence will be held in person. Defense reply, if any, due 6/4/2021. So Ordered by Judge Raymond J. Dearie on 4/20/2021. (Mulqueen, Ellen) (Entered: 04/20/2021) |
| 05/28/2021 | 289 | Letter *on behalf of George Padula, in response to the Government's sentencing letter dated April 9, 2021* as to George Padula, III (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Seigel, Chad) (Entered: 05/28/2021) |
| 06/04/2021 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel for defendant, Chad Seigel, advises that his client is requesting to be sentenced by video conference. In light of this request, the in person sentence currently scheduled for 6/17/2021 is rescheduled to 6/28/2021 at 10:30am. Sentence will be held by video. Public dial in number: 571-353-2300. Access Code: 934666753. So Ordered by Judge Raymond J. Dearie on 6/4/2021. (Mulqueen, Ellen) (Entered: 06/04/2021) |
| 06/04/2021 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 06/04/2021) |

| | | Minute Entry for proceedings held before Judge Raymond J. Dearie: Sentencing held on 6/28/2021 for George Padula, III (2), Count(s) 1, 10, 11, 2, 3, 3s, 4, 4s, 5s, 6s, 7, 8, 8s, 9, Dismissed on Motion of the United States; Count(s) 1s, 2s, 7s, Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release s: 2 years with Special Condition; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order. Court recommends designation to MDC and placement in CADRE Program. (Court Reporter Rivka Teich) (Lee, Tiffeny) (Entered: 07/09/2021) |
|---|---|---|
| 07/09/2021 | 295 | JUDGMENT as to George Padula, III (2), Count(s) 1, 10, 11, 2, 3, 3s, 4, 4s, 5s, 6s, 7, 8, 8s, 9, Dismissed on Motion of the United States; Count(s) 1s, 2s, 7s, Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order. The Court recommends designation to the MDC and placement in the CADRE Program. So Ordered by Judge Raymond J. Dearie on 6/28/2021. (Attachments: # 1 Forfeiture Order) (Lee, Tiffeny) (Entered: 07/09/2021) |
| 08/10/2021 | 299 | Certificate of Service by USA as to George Padula, III *Affidavit of publication, lefal notice was given on the official government website www.forfeiture.gov, beginning on July 10, 2021 and ending on August 8, 2021.* (Kedeshian, Claire) (Entered: 08/10/2021) |
| 12/01/2021 | 312 | First MOTION for First Step Act by George Padula, III. (Attachments: # 1 Exhibit A - Letter to Warden) (Marrone, Gerard) (Entered: 12/01/2021) |
| 01/04/2022 | 313 | NOTICE OF ATTORNEY APPEARANCE: Gerard M. Marrone appearing for George Padula, III (Marrone, Gerard) (Entered: 01/04/2022) |
| 01/21/2022 | 314 | Letter *status on first step action motion filed* as to George Padula, III (Marrone, Gerard) (Entered: 01/21/2022) |
| 01/24/2022 | 315 | RESPONSE in Opposition re 312 First MOTION for First Step Act (Ngai, Genny) (Entered: 01/24/2022) |
| 02/28/2022 | 321 | MEMORANDUM and ORDER denying 312 Motion for First Step Act as to George Padula III (2). SO Ordered by Judge Raymond J. Dearie on 2/28/2022. (Tavarez, Jennifer) (Entered: 02/28/2022) |
| 03/29/2022 | 324 | MOTION for Forfeiture of Property *Proposed Final Order of Forfeiture* by USA as to George Padula, III. (Attachments: # 1 Proposed Order) (Kedeshian, Claire) (Entered: 03/29/2022) |
| 03/30/2022 | 325 | ORDER granting 324 Motion for Forfeiture of Property as to George Padula III (2). IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-officemail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: WITS Paralegal, Nicole Brown 271- A Cadman Plaza East, Brooklyn, New York 11201.SO Ordered by Judge Raymond J. Dearie on 3/30/2022. (Tavarez, Jennifer) (Entered: 03/30/2022) |

## PACER Service Center

### Transaction Receipt

09/20/2023 15:25:26

| PACER Login: | pdpjr1998 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:17-cr-00664-RJD-RER |
| Billable Pages: | 20 | Cost: | 2.00 |

C

**RICHARD B. KRUEGER, M.D.**
**Clinical Professor of Psychiatry, Columbia University, College of Physicians & Surgeons**

| | |
|---|---|
| Diplomate in Psychiatry, American Board of Psychiatry & Neurology | **315 EAST 68th STREET, #6-C** |
| Diplomate, American Board of Internal Medicine | **NEW YORK, NEW YORK 10065-6024** |
| Diplomate, ABP&N, Added Qualifications in Forensic Psychiatry | **TELEPHONE (917)750-1596** |
| Diplomate, ABP&N, Added Qualifications in Addiction Psychiatry | **e-mail rbk1@cumc.columbia.edu** |

June 21st, 2022

Paul Petrus, Jr., Esq.
350 Fifth Avenue, Suite 3601
New York, New York 101181

By email to: paul@petruslaw.com

Re:    Psychiatric Evaluation of Mr. George Padula

Dear Mr. Petrus:

    I conducted a psychiatric evaluation of Mr. George Padula on June 13th, 2022, to ascertain if he had any mental health conditions which required treatment.

    He has no such conditions and is not in need of any mental health treatment.

    Please do not hesitate to contact me if you have any further questions.

    I have included a copy of my resume for your information.

                    Sincerely,

                    *Richard B. Krueger, M.D.*

                    Richard B. Krueger, M.D.

D

July 10th ,2023

Genco Management Co Inc.

200 Crown Ave

Staten Island, NY 10312

To Whom It May concern,

This letter is to verify that George Padula has been employed with Genco Management Co Inc part time
with us since 3/13/2023 until present. George has always been on time and been a good employee. If
you have any questions please do not hesitate to call me at (917)650-3620.

Michael Moringiello

President

JENNIFER BOLOTIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BO6431142
Qualified in Richmond County
Commission Expires March 28, 2026

Jennifer Bolotin
sworn to me this
10th day of July 2023

E

**University of Phoenix**

Print Date: 08/03/2023

**Unofficial Transcript**
Not For Official Use

*Record of:*
George Padula

*Student Number:*
9058266201 / ***_**_****

*Birthdate:*

*Enrollment Status:*
Active-Full Time

*Enrollment Status Effective Date:*
09/13/2022

| BSB/MK Program GPA : 3.96 |
| CERT/MKT Program GPA : 0.00 |

**UNIVERSITY OF PHOENIX**

| Mo/Year | Course ID | Course Title | Grade | Credits Attempted | Credits Earned | Quality Points | Rep |
|---------|-----------|--------------|-------|-------------------|----------------|----------------|-----|
| 09/2022 | GEN/201 | Foundations for University Success | A | 3.00 | 3.00 | 12.00 | |
| 10/2022 | PSY/110 | Psychology of Learning | A | 3.00 | 3.00 | 12.00 | |
| 11/2022 | ENG/110 | English Composition I | A | 3.00 | 3.00 | 12.00 | |
| 01/2023 | HUM/115 | Critical Thinking in Everyday Life | A | 3.00 | 3.00 | 12.00 | |
| 02/2023 | FP/100T | Everyday Economics and Finances | A | 3.00 | 3.00 | 12.00 | |
| 03/2023 | ENG/210 | English Composition II | A | 3.00 | 3.00 | 12.00 | |
| 04/2023 | COM/295T | Business Communications | A- | 3.00 | 3.00 | 11.01 | |
| 05/2023 | BIS/221T | Introduction to Computer Applications and Systems | A | 3.00 | 3.00 | 12.00 | |

**GPA**

| | GPA | Credits Attempted | Credits Earned | Quality Points |
|---|-----|-------------------|----------------|----------------|
| Total Cumulative Credits: | | | 24.00 | |
| UOPX Cumulative: | 3.96 | 24.00 | 24.00 | 95.01 |

**End of Unofficial Transcript**



**University of Phoenix®**

4035 S. Riverpoint Parkway
Phoenix, AZ 85040

July 15, 2023

George Padula
54 Florence Place
Staten Island, NY 10309

Dear George,

It is my great pleasure to congratulate you on your exceptional academic achievement for the first half of calendar year 2023, and to inform you that you have earned a place on the College of Business and Information Technology Dean's List.

Dean's List recognition is a remarkable accomplishment. Students must complete a minimum number of credits and earn a GPA of at least 3.50 during a six-month period.

At University of Phoenix we are proud of our entire student body of dedicated and driven working adults, especially students like you who demonstrate the grit and determination to not only succeed, but to excel in your pursuit of academic and professional goals.

We look forward to recognizing your achievements throughout your program, including the possibility for being recognized on your diploma and official transcript as graduating with honors at the end of your program-a distinction for graduates of our associate and bachelor's degree programs with a final program GPA of 3.70 or higher. In the meantime, your current GPA may qualify you to join an honor, academic, or professional society. I encourage you to visit the website below for more information about the student organizations that are recognized by the University, and to determine whether you qualify.

https://www.phoenix.edu/students/recognized-student-organizations.html

On behalf of Kathryn Uhles, Dean of the College of Business and Information Technology, I want to commend you for your outstanding accomplishment, and to wish you continued success in your studies.

Sincerely,

Dr. John Woods
Provost, University of Phoenix

F



membership in
e, future
l, and résumé
choice.

online at
your
igital
ouncing you as

you can
kage
hip
ember sticker

the
emony. More
will be sent

**University
of Phoenix®**

UNIVERSITY OF PHOENIX
CORDIALLY ANNOUNCES THE NOMINATION OF

## GEORGE PADULA

TO

THE NATIONAL SOCIETY
OF LEADERSHIP AND SUCCESS

FALL SEMESTER, 2023



# University of Phoenix Chapter

August 23, 2023

**Honor. Inspire. Engage.**

George Padula
54 Florence Pl
Staten Island, NY 10309

Dear George:

Congratulations! It is our privilege to inform you that you have been nominated for membership in The National Society of Collegiate Scholars (NSCS).

Our mission is to publicly recognize and elevate high-achievers like you, George. This is a prestigious national honor reserved for students with a 3.4 GPA or above. NSCS is one of the few collegiate honor societies to extend lifetime membership to first- and second-year undergraduate college students.

You should feel proud of this prestigious national recognition of your outstanding work here at University of Phoenix. Your hard work has earned you a place among the elite of today's college students.

You will certainly want to include your membership in NSCS as part of your ongoing academic profile, future applications for admission to graduate school, and résumé credentials as you pursue the career of your choice.

Once you accept this invitation either online at join.nscs.org or by completing and returning your MEMBERSHIP CONFIRMATION you will receive a digital membership certificate and press release announcing you as our newest member.

In addition, a few weeks after joining, you can choose to receive your New Member Welcome Package containing your official personalized Membership Certificate, your NSCS member pin, and NSCS member sticker by mail.

You will also be invited to take part in the University of Phoenix New Member Induction Ceremony. More details on your New Member Induction Ceremony will be sent after you accept your membership.

## Distinguished Members

**Tim Tebow**
University of Florida
NFL Quarterback
Member Since 2007

**Alexis Ohanian**
University of Virginia
Co-Founder, Reddit
Member Since 2002

**Yang Hulyan**
The Ohio State University
Real Estate Developer
Member Since 2003

**Mike Manning**
University of Northern Colorado
Actor, Producer,
Reality Television Personality
Member Since 2009

**Brigetta Barrett**
University of Arizona
Olympic Silver Medalist,
women's high jump
Member Since 2010

**Zach Wahls**
University of Iowa
Iowa State Senator
LGBTQ+ Activist, Author
Member Since 2010

**Erika Dunlap**
University of Central Florida
Miss America 2004 /
The Amazing Race contestant
Member Since 2001

**George Padula**
University of Phoenix
Outstanding Scholar
Nominated 2023



**the NATIONAL SOCIETY of COLLEGIATE SCHOLARS**

2000 M Street NW, Suite 480G
Washington, D.C. 20036
Phone 202.265.9000

nscs.org

rida, NFL Quarterback

inia, Co-Founder, Reddit

University of Phoenix



MEMBERSHIP CONFIRMATION you will of as a yearg agend #: 3734
membership certificate and press release announcing you as
our newest member.

In addition, a few weeks after joining, you can
choose to receive your New Member Welcome Package
containing your official personalized Membership
Certificate, your NSCS member pin, and NSCS member sticker
by mail.

You will also be invited to take part in the
University of Phoenix New Member Induction Ceremony. More
details on your New Member Induction Ceremony will be sent
after you accept your membership.

**Distinguished Members**

| | |
|---|---|
| **Tim Tebow** | University of Florida, NFL Quarterback |
| **Alexis Ohanian** | University of Virginia, Co-Founder, Reddit |
| **Yang Huiyan** | The Ohio State University, Real Estate Developer |
| **Mike Manning** | University of Northern Colorado Actor, Producer, Reality Television Personality |
| **Brigetta Barrett** | University of Arizona, Olympic Silver Medalist, women's high jump |
| **Zach Wahls** | University of Iowa, Iowa State Senator, LGBTQ+ Activist, Author |
| **Erika Dunlap** | University of Central Florida, Miss America 2004 / The Amazing Race contestant |

**Chapter Officers**
**University of Phoenix**

| | |
|---|---|
| manda Bentley | Chapter President |
| anait Issiet | Executive Vice President |
| jel Brocato | VP, Community Service |
| nielle Turner | VP, PACE |

**University of Phoenix**

Chapter of

The **NATIONAL SOCIETY**
of **COLLEGIATE SCHOLARS**

hereby nominates

**George Padula**

for

**MEMBERSHIP**

in recognition of

your commitment to

the ideals of

**SCHOLARSHIP, LEADERSHIP, & SERVICE**

**Stephen E. Loflin**
Founder